UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER SCHRODER PALOMAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>DARIN YOUNG, Warden; JOHN DOE, Unknown Special Security,<br><br>Defendants. | 4:16-CV-04156-KES<br><br><br>ORDER DISMISSING CASE |

Plaintiff, Alexander Schroder Palomarez, filed a pro se civil rights lawsuit under 42 U.S.C. § 1983. Docket 1. He now moves to voluntarily dismiss this case. A "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A). The defendants have not been served, and Palomarez may dismiss his action.

Thus, it is

ORDERED that Palomarez's motion to dismiss (Docket 30) is granted, and his case is dismissed.

Dated January 18, 2017.

BY THE COURT:
/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE